## OHIO ASSOCIATES CO v PRITZ
## PRITZ v OHIO ASSOCIATES CO

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 4, 1934

S. Nash, Columbus, and Carl E. Basler, Cincinnati, for Ohio Associates Co.

Moulinier, Bettman & Hunt, Cincinnati, and James L. Magrish, Cincinnati, for Pritz.

Shook, Davies, Hoover & Beall, Cincinnati, for Standard Mortgage Co.

For full opinion see 2 OO 177; 194 NE 609; 48 Oh Ap 567.